1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
3 SHARLA CERRA (CSB #187176)
Assistant United States Attorney
4     Federal Building Suite 7516
     300 North Los Angeles Street
5    Los Angeles, California
     Tel. 213 894-6117
6    FAX: 213 894-7819
     Email: Sharla.Cerra@usdoj.gov
7
8 Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DAVID GRIFFITH,

   Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

   Defendant.

) CV 07-7862 E
)
) **JUDGMENT OF REMAND**
)

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 6/27/08

_____
CHARLES EICK
UNITED STATES MAGISTRATE JUDGE