1  IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
   LAW OFFICES OF IRENE RUZIN
2  16311 VENTURA BLVD., SUITE 900
   ENCINO, CA 91436
3  TEL: (818) 325-2888
   FAX: (818) 325-2890
4  ireneruzin@earthlink.net

5  Attorney for Plaintiff, DAVID A. GRIFFITH

6              UNITED STATES DISTRICT COURT

7           FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                      WESTERN DIVISION

| | |
|---|---|
| DAVID A. GRIFFITH, | Case No.: CV 07-7862-DDP (E) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendants. | CHARLES F. EICK |
| | UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND SIX HUNDRED DOLLARS ($2,600.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 7/30/08

CHARLES F. EICK
U.S. MAGISTRATE JUDGE